### BARNES v. THE STATE.

LITTLE, J. 1. An affidavit attached to a petition for certiorari to review the judgment of a county court in a criminal case, in which the affiant makes oath that, "owing to his poverty, he is unable to pay the cost or give the bond and security as required by law," substantially complies with the requirements of section 765 of the Penal Code, notwithstanding such affidavit includes the words relating to the giving of bond and security. This is so because the affidavit unequivocally sets forth the inability of affiant to pay the cost, and does not state conjunctively his inability to give the bond.

2. The ruling made in the case of *DeLoach* v. *Richards*, 94 *Ga.* 730, is not in conflict with what is here held. That case is incorrectly reported. The record shows that the affidavit conjunctively stated that the affiant was unable to pay the cost *and* give security, etc. A similar reference has heretofore been made to the case. *Flanagan* v. *Scott*, 102 *Ga.* 399.

*Judgment reversed. All the Justices concurring.*

Submitted October 4, — Decided October 12, 1898.

Certiorari. Before Judge Reese. Hancock superior court. August 8, 1898.

*W. H. Burwell,* for plaintiff in error.

*R. H. Lewis, solicitor-general,* contra.